Benefit of the Creditors of FIRST RUSSIAN INSURANCE COMPANY, Established in 1827, and the Interests of Its Policyholders, Creditors, Stockholders and the Public. G. FRANK DOUGHERTY, as Assignee of LEON L. SAMELSON, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application to Compel NETTIE M. WEIL and Others, as Executors, etc., of EDMOND WEIL, Deceased, to Return an Inventory of the Personal Property of the Said Decedent.— Order affirmed, with ten dollars costs and disbursements to the respondents payable out of the estate. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ESTHER MOSKOWITZ and Others, as Executors, etc., of FANNIE MANHEIMER, Deceased, Respondents, v. PEARL HARRIS MARROW, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE REAL ESTATE HOLDING CORPORATION and CHARLES SCHIMMER, Plaintiffs, v. THE UNIVERSAL NEGRO IMPROVEMENT ASSOCIATION, INC., and Others, Defendants, Impleaded with JEAN JOSEPH ADAM and Others, Appellants, and FRED A. TOOTE and Another, as Trustees, etc., Respondents. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

NEW YORK LIFE INSURANCE COMPANY, Appellant, v. YETTA BECKERMAN, Now Known as YETTA LANDMAN, Respondent.— Order modified by striking out issues numbered 1, 2, 4, 5 and 7, and narrowing the issues numbered 3, 6, 8, 9 and 10 as proposed by the appellant, and as so modified affirmed, with ten dollars costs and disbursements to the appellant. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

BAYARD VEILLER, Respondent, v. AMERICAN PLAY Co., INC., Appellant, Impleaded with Others.— Order so far as appealed from affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JAMES ELGAR, Plaintiff, v. MARYLAND CASUALTY COMPANY, Respondent, and MARCY PLACE BUILDING CORPORATION, Defendant. HENRY ROSNER, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ALFRED J. COOPER, Respondent, v. OCEAN ACCIDENT AND GUARANTEE CORPORATION, LTD., and GERARD LUISI, Appellants, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ALFRED J. COOPER, Respondent, v. ALT WOOLEN COMPANY, INC., and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

IRENE U. WALLACH, Respondent, v. MAXWELL M. WALLACH, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

IRENE U. WALLACH, Respondent, v. MAXWELL M. WALLACH, Appellant.—